# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2011

142478

SHEILA K. GRAVES,
          Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION,
          Respondent-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142478
COA: 298990
Alger CC: 09-004944-AA

On order of the Court, the application for leave to appeal the December 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____

Clerk

h0516